Jean H. Lallemand and Another v. Mutual Chemical Company of America. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

C. G. Company, Inc., v. Standard Accident Insurance Company.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The Superfos Company, Inc., v. Philip Kachurin, Doing Business, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Henry Baer v. Elizabeth Hartog and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of Charles Frederick Hoffman, Deceased. J. Van Vechten Olcott, Individually and as Administrator, etc., of Laura I. Olcott, Deceased; William M. V. Hoffman, Sole Surviving Executor, etc., of Charles Frederick Hoffman, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Thomas J. Duggan and Another v. Herbert Lubbin, Also Known as Herbert Lubin, and Herbert Lubin, Doing Business, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

John Dimon v. Irving National Bank.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Joseph Kelly v. Samuel Krasilovsky.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Choice Building Corporation v. R. O. W. Realty Corporation and Others. — Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Edwin M. Jarmuth v. Vignali Realty Corporation and Others and Harry Ginsberg.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Edwin M. Jarmuth v. Vignali Realty Corporation and Others and Harry Ginsberg.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York v. Leslie Williams.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York v. Paul Guerin.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York v. Louis S. Brillstein.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.